**Mandi GREEN, on behalf of herself and all others similarly situated, Plaintiff–Appellant,**

v.

**BISSELL HOMECARE INC., Wal–Mart Stores, Inc., Defendants–Appellees.**

---

**Melinda Boyd, on behalf of herself and all others similarly situated, Plaintiff–Appellant,**

v.

**TTI Floorcare North America, Wal-Mart Stores, Inc., Defendants–Appellees.**

Nos. 11–13705, 11–13706.

United States Court of Appeals, Eleventh Circuit.

Aug. 13, 2012.

D. Frank Davis, John E. Norris, Wesley W. Barnett, Courtney Lynn Peinhardt, Tyler Vail, Davis & Norris, LLP, Birmingham, AL, for Plaintiff–Appellant.

Christopher C. Genovese, S. Keith Hutto, William H. Latham, Nelson Mullins Riley & Scarborough, LLP, Columbia, SC, James L. Mitchell, Thomas W. Thagard, III, Maynard Cooper & Gale, PC, Harlan I. Prater, IV, Wesley B. Gilchrist, J. Chandler Bailey, James W. Gibson, Lightfoot

Franklin & White, LLC, Birmingham, AL, for Defendants–Appellees.

Before JORDAN and HILL, Circuit Judges, and HOOD,* District Judge.

PER CURIAM:

Following oral argument, and a review of the record and the relevant authorities, we affirm the dismissal of the complaints for the reasons stated in the district court's memorandum opinion.

**AFFIRMED.**

---

* Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.